IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LEIGH MYERS, individually and on behalf of all others similarly situated,<br>      Plaintiff,<br>  v.<br>BASSETT FURNITURE INDUSTRIES, INC.<br>      Defendant. | Case No. 4:23-cv-00026-TTC |

**PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR
ISSUANCE OF NOTICE TO SETTLEMENT CLASS**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Leigh Myers ("Plaintiff") respectfully moves this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks the preliminary approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states and presents the following:

1. The terms of the Settlement are set forth in the Settlement Agreement and Release dated August 19, 2024, attached as "Exhibit 1" to Plaintiff's Memorandum of Law in Support of her Unopposed Motion for Preliminary Approval of the Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

2. The relief sought in this Motion is supported by the Memorandum and the Declaration of Jason S. Rathod, which is attached as "Exhibit 2" to the Memorandum.

3. Defendant Bassett Furniture Industries, Inc. does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed Order Granting Preliminary Approval of the Class Action Settlement.

Dated: August 19, 2024                         Respectfully submitted,

*/s/ Jason S. Rathod*
Jason S. Rathod*
Nicholas A. Migliaccio*
Saran Q. Edwards
**MIGLIACCIO & RATHOD, LLP**
412 H Street, NE, Suite 302
Washington, DC  20002
Telephone: 202-470-520
Facsimile: 202-800-2730
Email: nmigliaccio@classlawdc.com

Ian E. Vance
MAGINNIS HOWARD
7706 Six Forks Rd., Ste. 101
Raleigh, North Carolina 27615
Tel: (919) 526-0450
Fax: (919) 882-8763
ivance@maginnishoward.com

*Proposed Class Counsel for Plaintiff and the Proposed Settlement Class*

*Admitted *pro hac vice*