# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Leigh Meyers**

vs.

**Bassett Furniture Industries, Inc.**

Action No:   4:23CV26
Date:   10/28/2024
Judge:   Thomas T. Cullen
Court Reporter:   M. Butenschoen
Deputy Clerk:   C. Kemp

**Plaintiff Attorney**

Jason Rathod

**Defendant Attorney**

Michael Jervis

**PROCEEDINGS:**
Hearing held via Zoom.gov on ECF 26 Motion for Preliminary Approval of Class Action Settlement.
Court addresses the parties.
Counsel outlines settlement agreement.
For the reasons stated on the record, the court will certify the class.
Written Order forthcoming.
Adjourned.


Time in Court:   9:30a-9:49 19mins