IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LEIGH MYERS, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>BASSETT FURNITURE INDUSTRIES, INC.<br>　　　　　　　　　　Defendant. | Case No. 4:23-cv-00026-TTC |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, COSTS, AND SERVICE AWARD

Plaintiff Leigh Myers ("Plaintiff"), by and through her undersigned counsel of record, hereby moves for an order granting final approval to the proposed Settlement, granting final certification of the Class, awarding Class Counsel's attorneys' fees and costs and Plaintiff's service award, and dismissing the Action pending before this Court. Defendant Bassett Furniture Industries, Inc. ("Defendant" or "Bassett") does not oppose the relief sought by this Motion.

A proposed Order Granting Final Approval to the Class Action Settlement, awarding Class Counsel's attorneys' fees and costs, and conferring a service award to Plaintiff and a Final Judgment are submitted herewith. This Motion is supported by the accompanying memorandum of law and supporting exhibits and declarations, submitted contemporaneously herewith.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, with the following result: Defendant does not oppose the relief sought by this Motion.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Jason S. Rathod*
Jason S. Rathod* (admitted *pro hac vice*
Nicholas Migliaccio* (admitted *pro hac vice*)
Saran Q. Edwards* (admitted *pro hac vice*)
MIGLIACCIO & RATHOD, LLP
412 H Street, NE, Suite 302
Washington, DC 20002
Tel: (202)470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com
sedwards@classlawdc.com

Ian E. Vance (VSB No. 88062)
Maginnis Howard
7706 Six Forks Rd., Ste. 101
Raleigh, North Carolina 27615
ivance@maginnishoward.com
Tel: (919) 526-0450
Fax: (919) 882-8763


*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on January 14, 2025.

*/s/  Jason S. Rathod*
Jason S. Rathod
