CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
2/7/2025
LAURA A. AUSTIN, CLERK
BY: *s/C. Kemp*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEIGH MYERS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BASSETT FURNITURE INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No. 4:23-cv-00026<br><br>**ORDER**<br><br>By:   Hon. Thomas T. Cullen<br>         United States District Judge |

This class action is set for a hearing on the parties' joint Motion for Final Approval of Class Action Settlement under Fed. R. Civ. P. 23. (ECF No. 39.) After reviewing the documents the parties submitted in support of their joint motion, however, the court has some concerns about the propriety of approving the settlement. The current claims rate exceeds 18%—far more of the parties' anticipated claims rate of no more than 5%. At a claims rate of 18%, if all class members elect the lowest cash option, a substantial *pro rata* reduction in the pay-out per claimant is required. The court believes that the settlement amount may not be sufficient to compensate the class members given the higher-than-anticipated claims rate. The claims rate may also increase further still, because the class members have until February 28, 2025, to opt in. Therefore, the hearing scheduled for February 10, 2025, is **POSTPONED** until after the final opt-in date of February 28, 2025, so that the court will know the final claims rate when deciding whether to approve the settlement and so that the parties can properly address these concerns.

After the final opt-in date of February 28, 2025, the parties are further **ORDERED** to file a joint brief explaining why the relief provided for the class remains adequate, notwithstanding the higher-than-anticipated claims rate and corresponding required *pro rata* reduction in relief per class member. The parties' brief must be filed on or before **March 14, 2025**. After reviewing the parties' submission, the court will reset the hearing on their joint motion.

The clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 7th day of February, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE