# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Leigh Meyers** | Action No:   4:23CV26 |
| | Date:   4/22/2025 |
| vs. | Judge:   Thomas T. Cullen |
| | Court Reporter:   W. Stier |
| **Bassett Furniture Industries, Inc.** | Deputy Clerk:   C. Kemp |

| **Plaintiff Attorney** | **Defendant Attorney** |
|---|---|
| Jason Rathod | Michael Jervis |

**PROCEEDINGS:**
Hearing held via Zoom.gov on ECF 39 Motion for Final Approval of Class Action Settlement.
Court addresses the parties.
Counsel outlines agreement.
For the reasons stated on the record, the court will approve the settlement.
Written Order forthcoming.
Adjourned.


Time in Court:   10:01a-10:23a 22 mins